**FILED**
AUG 1 2 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ESTEVAN CORONADO-CASTILLO, <br> Defendant. | CASE NO. 10CR1562-GT <br><br> **ORDER CONTINUING SENTENCING HEARING** |

Upon motion of the United States of America, and the defendant, and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from August 17, 2010, at 9:00 a.m., to September 10, 2010, at 9:00 a.m.

**IT IS SO ORDERED:**

Dated: 8-12-10

HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE

-1-